```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>$7,640.00 IN U.S. CURRENCY,<br><br>    Defendant | CIVIL NO. 08-1118 (JP) |

**DEFAULT JUDGMENT**

On January 28, 2008, Plaintiff United States of America ("USA") filed a verified complaint for forfeiture *in rem* against the above-described property. Plaintiff USA brought its complaint pursuant to 21 U.S.C. § 881(a)(6), permitting forfeiture of property which constitutes proceeds traceable to the exchange of controlled substances, and/or Title II of the Controlled Substances Act, 21 U.S.C. § 801 *et seq*. Notice was caused to be published on March 21, 2008, in El Nuevo Día, a daily newspaper of general circulation in the Island of Puerto Rico, allowing any person having a claim in the above mentioned defendant property to state the same before this Court. No claimants came forward to stake a claim for the currency.

Plaintiff USA has moved for a default judgment because no claim has been filed within the time allotted by Rule G(5)(a)(ii) of the Federal Rules of Civil Procedural Supplemental Rules for Admiralty

CIVIL NO. 08-1118 (JP)            -2-

and Maritime Claims and Asset Forfeiture Actions.  The Court has reviewed the record and has concluded that any claims filed today or in the future are time-barred.

Therefore, the Court **ENTERS JUDGMENT IN FAVOR OF PLAINTIFF** in the amount of $7,640.00 in U.S. Currency.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 20th day of October, 2008.

                                          s/Jaime Pieras, Jr.
                                          JAIME PIERAS, JR.
                                  U.S. SENIOR DISTRICT JUDGE